No. 94–882. KLEVE *v.* BOARD OF GREEN TOWNSHIP TRUSTEES, 513 U. S. 1083;

No. 94–1015. GELLERT *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, 513 U. S. 1149;

No. 94–6712. OGDEN *v.* SAN JUAN COUNTY ET AL., 513 U. S. 1090;

No. 94–7156. FULLER *v.* SCHAEFER, GOVERNOR OF MARY-LAND, ET AL., 513 U. S. 1161; and

No. 94–7275. MANN *v.* CONNECTICUT, 513 U. S. 1165. Petitions for rehearing denied.

### MARCH 31, 1995

No. 94–555. ROCKY MOUNTAIN HOSPITAL & MEDICAL SERVICE *v.* PHILLIPS. C. A. 10th Cir. [Certiorari granted, 513 U. S. 1071.] Writ of certiorari dismissed under this Court's 46.

### APRIL 1, 1995

No. A–736. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* PORTER. C. A. 11th Cir. Application to vacate the stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

### APRIL 3, 1995

No. 94–1424. HORN *v.* SEACATCHER FISHERIES, INC., ET AL. Ct. App. Ore. Certiorari dismissed under this Court's Rule 46.

No. — – —. CHAPMAN *v.* BRYAN. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. D–1490. IN RE DISBARMENT OF MCGEE. Disbarment entered. [For earlier order herein, see 513 U. S. 1073.]